United States District Court
Southern District of Texas
**ENTERED**
December 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-15-172 |
| | § | |
| ROLI'S AUTO SALES, INC., ET AL., | § | |
| Defendants. | § | |

# ORDER

Pending is the Magistrate Judge's November 10, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 29] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, it is ordered that J&J Sports Promotions, Inc.'s motion seeking default judgment is granted in part, and that Roli's Auto Sales and Claudia Sanchez are ordered to pay damages to J&J Sports [Doc. No. 9]. Roli's Auto Sales and Claudia Sanchez are ordered to pay J&J Sports damages and costs, including attorney's fees, totaling $20,200. Roli's Auto Sales and Claudia Sanchez are held jointly and severally liable for that sum. Further, J&J Sport's request for a permanent injunction is denied.

Signed this 9th day of December, 2016.

Andrew S. Hanen
United States District Judge